Tenth Court of Appeals
McLennan County Courthouse
501 Washington Avenue, Rm. 415
Waco, Texas 76701-1373

Date: 10-17-16

Dear Clerk "Sharri Roessler"

I am inmate Alvin, Willis I.D.#781521 in the
Mark W. Stiles Unit, here in Beaumont, Texas.
The reason I am coming to you at this time is:
There is in this Environment.
(A) #1. "Fraudulent Concealment."
#2. "Deprivation of Rights under Color of Law."
#3. "Conspiracy Against Right."
#4. "Pattern and Practice of Discrimination."
#5. "Racism and Discrimination with Prejudice."
#6. "Ineffective Assistance of Counsel."

RECEIVED
OCT 24 2016
COURT OF APPEALS
WACO, TEXAS

(B) #1. "Falsification of State records and government documents."
#2. "The Preparation of false interoffice Memoranda."
#3. "The Submission of false incident reports."
#4. "The Planting of false Evidence."
#5. "The sworn statements to all three wanderson."
#6. "Patterns and Practices of Deception."

This is why I want you to know the truth about this
"Inhumane Facilite" where all these things are going on,
for even the "Federal Judge William Wayne Justice" had
declared, "the Texas Prison System Unconstitutional, and
all of these subjects are in this Facility Violations with-
out a doubt.
Now on 9-30-16 I sent the "Law office of Stan
Schwieger, 600 Austin Ave, Suite 12, Waco, TX 76701 a
letter, but I have not heard from him. With "Clerk" Roessler"
If you check you will see he never got the mail, this
Same thing happen in 2013 to three other letters from Stiles
Unit. Stiles, all of the mail is "Fraudulent." We need Someone to
intervene and correct these wide spread deficiencies that
do "Seriously Jeopardize" our lives and well being."

(P.1.)

For You see mam, I don't suppose to be in Prison for I had "Ineffective Assistance of Counsel," and this is: Because No one will do anything for me so let the Judge Know that I Need his assistance in this matter.

For I am forced to do: "unnecessary and Excessive time."

"Madam," I have "serious medical Needs" but I can't get help Because this is an "Inhuman Facility," and Just don't care, and are "unprofessionals."

BY the way, that Practice Lawyer did not have a "License" Now that is the same as: "State Counsel for offenders and they give "Erroneous Frivolous Advise"

Now those in this "ENVironment" Pretend that they are Professionals but they are Not, for the Prison Personnel's do a Practice & Practice of "Retarding" & "Destorying" the "Legal mail" on this "Facility"

BY the Way my "Serious medical Need" are denied; for I have a "Spinal Column Injury" it is denied & a "Neck-Injury" denied treatment, and

Since I have been In Prison there men have done an "Assault" on me By Lt. Bordelon, Terry L. & CoIII Arevalo, Dylan L. & CoIII Robertson, Ronold L.

Now I also had a "Front HandCuff Pass" given to me in 2015, and this Lt. Know this, but he forced me to Put my hands behind my back & Jumped down in my back with his knees injuring me even more, in 2-10-16.

After I was in restraints he took my arms up high behind my back Putting more Injuries into my Shoulders & I still have Pain in both of my Shoulders to day, this was done with intent to cause harm.

And T.C.C. Will not do anything about it," they will not let me go and get medical treatment.

mam, let the Judge Know I Need him to get me out of this Facility, and your

Assistance will be greatly Appreciated, and thanks for Your time.

Now this is: You Will have good information when You go to your Judge there (page) there in Waco, Tx.

So You will know the truth. For there was an incident that took Place on a "City bus, ran a red-light & injured me and I could not put it into the mail. When I went to Prison, I found-out that T.D.C.J. would not let the mail go out to my "Lawyer Stan Schwieger" (I had to go to a "Medical Hospital" called the:

Dr. Arthur L. Settles M.J.C.s. 15959 Harry Hines Blvd. Suite 9209 St. Paul Professional BUilding Dallas TEXAS 75235.

Now that City-bus Cause me a "Neck-Injury" & "Spinal Column Injury," but no-one belevs me and that was in 1988 I still have Pain from that "Injury."

One day I went to a "T.D.C.J. medical Personnel and told him about the Pain I was having and he said, "If I can't see it and can't feel it," "I don't beleve it."

But When I went to see "Dr. Jon-Gonzalless at the St. Paul Professional Building in Dallas Texas" She said I know You think You are going to be all-Right" but You are not going to get well... Then she said I am going to send you to a "Professional Dr.

"She gave me his Name and address he Was a chiropracter, he know What he Was doing because the Pain left me for a few days but he said when the Pain Comes bick come for another treatment"

Now T.D.C.J. will not let me go for "medical treatment." Now I heard that the "Professional Building was has closed down, but I know You know how to find "Dr. an-Good-all" the "Professional" Dr, because That Lt. Bordelon on P.R.C.② has made my "Injury" Werse. For he saw me laying on my Stomach and he jumped in my back With his knees, (Injured me More, Now I don't know What it is but Pain is going out of my back down into my "Right-Leg."

Please let the Judge know I need his help in getting out of this unit, for I aint suppose to be in Prison anyways, and Attorney Stan Schwieger Knows this also but I never got a chance to tell him that T.D.C.J. Would destory his mail.

(Pg. 3)

Now "Clerk" "Roessler" When you go to speek to Judge Knorr the Whole truth of this "Inhuman Facility"

For the federal Judge "William Wayne Justice" did declare the "Texas Prison System Unconstitutional" So I am not the only one that have this take place.

For it is written "David Ruiz" Was Killed by "Medical Neglect"

Mam, let the Judge Know they are doing me the same Way...

Your assistance Will be greatly appreciated Thanks for Your time.

Respectfully Submitted

Alvin Willis

inmate: Alvin Willis I.D. #781321
Mark W. Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

(P.g.4.)

Alvin Willis ID#781521
Mark W. Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

Legal Mail
Privileged
Confidential

76701-137315

NORTH HOUSTON TX 773

RECEIVED
OCT 24 2016
COURT OF APPEALS
WACO, TEXAS

2016 OCT 20 PM 4 L

USA FOREVER

Tenth Court of Appeals
McLennan County Courthouse
501 Washington Avenue, Rm. 415
Waco, Texas 76701-1373